# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALLEY VIEW LAND & CATTLE COMPANY, LLC, | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 4:19-CV-00673-MWB |
| v. | : : | |
| TOWER HILL ANGUS, LLC, | : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 11th day of June 2020, upon consideration of Plaintiff's "Emergency Motion to Preserve Status Quo" (Doc. 19) and Defendant's opposition, the Motion is hereby **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
United States District Judge